IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:21-cv-20603-MGC

MAGDA LOPEZ,

    Plaintiff,

v.

SCOTTSDALE INSURANCE
COMPANY,

    Defendant.
_____/

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff MAGDA LOPEZ and Defendant SCOTTSDALE INSURANCE COMPANY, by and through their attorneys, respectfully and jointly submit this Stipulation of Dismissal of this action without prejudice, each party to bear its/her own costs and fees. The parties request that the Clerk of Court now close this case.

| | |
|---|---|
| /s/ *Frantz C. Nelson* | /s/ *Julia G. Young* |
| By:   FRANTZ C. NELSON, ESQ. | JULIA G. YOUNG, ESQ. |
| *Attorney for the Plaintiff* | *Attorney for the Defendant* |
| Bar. No.: 0031134 | Bar No.: 94334 |
| Font & Nelson, PLLC | Wilson Elser Moskowitz Edelman & Dicker LLP |
| 200 S. Andrews Avenue, Suite 501 | 111 North Orange Avenue Suite 1200 |
| Fort Lauderdale, Florida 33301 | Orlando, FL 32801 |
| Tel: (954) 248-2920 | Tel: (407) 203-7599 |
| Fax: (954) 248-2134 | Fax: (407) 648-1376 |
| Email: pleadings@fontnelson.com | Email: julia.young@wilsonelser.com |